UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IJOMA OMENEBELLE, LILLIE FRANCIS      :
PARKER, MELBA PARKINSON, PHYLISS      :
PASSALACQUA, CHRISTY PERKINS, KAREN   :
PERKINS, JOAN PETRAK, RHONDA          :
PHILLIPS, ROY PIAZZA, PATRICIA PICKELL,:
PAMELA PIDGEON, DIANNE POL, HILDA     :
PORTER, THOMAS POSS, CARLA POWELL,    :
LEE POWERS, LESLEY PRICE, BETTY       :
PURVIANCE, AVA NEIL QUINN, MARYANN    :
QUINN,                                :
                                      :
        Plaintiffs.                   :    Civil Action
v.                                    :    No. 04-11370-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
        Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 7, 2004                    Respectfully submitted,
    Boston, Massachusetts

                                       /s/Matthew J. Matule
                                       Matthew J. Matule (BBO #632075)
                                       SKADDEN, ARPS, SLATE,
Of Counsel:                                MEAGHER & FLOM LLP
Barbara Wrubel                         One Beacon Street
Katherine Armstrong                    Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                  (617) 573-4800
    MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                         Counsel for Defendant
                                           Boehringer Ingelheim Pharmaceuticals, Inc